**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| ANGEL RIOS-ROSA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:22-CV-126 SNLJ |
| BILL STANGE, et al., | ) ) | |
| Defendants, | ) ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. [ECF No. 17]. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith, s*ee* ECF No. 13; 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 17] is **DENIED**.

Dated this 9th day of January, 2023.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE